KRISTIN T. MIHELIC, ATTORNEY #278483
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA 92101
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CHRISTOPHER D. DOUGHERTY<br>and NEREIDA I. DOUGHERTY,<br><br>Debtors. | Case No. 18-06051-LT11<br><br>UNITED STATES TRUSTEE'S EX PARTE MOTION FOR AN ORDER SHORTENING TIME FOR HEARING ON MOTION TO CONVERT CASE TO ONE UNDER CHAPTER 7, OR IN THE ALTERNATIVE, FOR APPOINTMENT OF CHAPTER 11 TRUSTEE<br><br>Judge: Hon. Laura S. Taylor |

NOW COMES, the United States Trustee ("UST"), by and through her attorneys, and for her Ex Parte Motion for an Order Shortening Time on the Motion To Convert Case To One Under Chapter 7, Or In the Alternative, For Appointment of Chapter 11 Trustee, pursuant to LBR 9013-3(e) and LBR 9006-1(d), states as follows:

1. The Debtors filed their voluntary petition for relief under Chapter 11 on October 9, 2018 and have been managing their affairs as debtors-in-possession. The UST now believes that a trustee should be appointed in this case. The UST files this Ex Parte Motion requesting that her Motion to Convert Case to One Under Chapter 7, or in the Alternative, for Appointment of Chapter 11 Trustee ("Motion to Convert"), be heard on shortened time. The UST requests that the Motion to Convert, attached hereto as "Exhibit A" and filed contemporaneously on the docket, be heard on April 3, 2019 when the case is scheduled for status conference.

2. The Debtors' case, as presented, is a complex one. The UST has reviewed hundreds of documents regarding the Debtors' financial and business affairs and has considered testimony by the Debtors at three sessions of the 341 Meeting of Creditors.

3. As set forth in the Motion to Convert, the UST is concerned with the Debtors' ongoing business operations, mismanagement of the Estate, and substantial evidence of pre-petition financial fraud. The UST does not believe that the Debtors have any ability to confirm a chapter 11 plan, and believes that a trustee should be appointed as soon as possible to investigate the Debtors' assets

1 and financial dealings in order to yield the best possible dividend for unsecured creditors in this case.

4. No prejudice would result from shortening time on the Motion to Convert.  The Debtors have been aware since at least the end of February 2019 that the UST was investigating allegations of financial fraud and post-petition mismanagement and planned to file the Motion to Convert.   The UST has filed the Motion to Convert expediently and as quickly as the facts and circumstances would permit upon conclusion of an extensive investigation.  The Motion to Convert should be heard on shortened time at the status conference scheduled for April 3, 2019.

5. If the Court grants this ex-parte Motion, the UST will ensure that all creditors are properly noticed of the Motion to Convert and the Notice of Hearing.

WHEREFORE, the UST respectfully requests that the Court enter an Order shortening time for hearing on the Motion to Convert Case To One Under Chapter 7, Or In The Alternative, For Appointment Of Chapter 11 Trustee, and for all

//

further relief deemed fair and equitable by this Court.

                                    Respectfully submitted,

                                    TIFFANY L. CARROLL
                                    ACTING UNITED STATES TRUSTEE

Dated: March 14, 2019         By:  /s/ Kristin T. Mihelic
                                            Kristin T. Mihelic
                                            Attorney for the Acting United States Trustee